Order filed. See, also, 146 App. Div. 942, 131 N. Y. Supp. 1148.

---

In re VACHERON. (Supreme Court, Appellate Division, First Department. March 15, 1912.) In the matter of Eugene J. Vacheron. No opinion. Reference ordered to official referee. Settle order on notice.

---

VALENTINE, Respondent, v. WUPPERMAN, Appellant, et al. (Supreme Court, Appellate Division, First Department. April 12, 1912.) Action by Lincoln G. Valentine against E. Edward Wupperman, impleaded with others. A. Furber, for appellant. L. Kauffman, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

VILLAGE OF CARTHAGE, Appellant, v. LOOMIS, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 27, 1912.) Action by the village of Carthage against Jay A. Loomis.

PER CURIAM. Judgment affirmed, with costs.

SPRING, J., dissents.

---

In re VILLAROSA. (Supreme Court, Appellate Division, First Department. March 29, 1912.) In the matter of Nicola Villarosa. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

VOGT, Appellant, v. NASSAU FERRY CO., Respondent. (Supreme Court, Appellate Division, Second Department. April 12, 1912.) Action by William Vogt against the Nassau Ferry Company. No opinion. Judgment unanimously affirmed, with costs.

---

VORIS, Respondent, v. BRADY et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 4, 1912.) Action by Nathaniel H. Voris against Edward Brady and another, as surviving executors, etc., of Edward B. Brady, deceased, and another. No opinion. Judgment and order of the County Court of Westchester County affirmed, with costs.

---

VROOM, Respondent, v. NELLIS, Appellant. (Supreme Court, Appellate Division, Second Department. March 29, 1912.) Action by George W. Vroom against Arthur C. Nellis. No opinion. Order affirmed, with $10 costs and disbursements.

---

In re WAGONER. (Supreme Court, Appellate Division, First Department. March 29, 1912.) In the matter of August P. Wagoner. No opinion. Reference ordered to official referee. Settle order on notice. See, also, 143 App. Div. 286, 128 N. Y. Supp. 164.

WALBAUM, Respondent, v. LOCKHART, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 28, 1912.) Action by Henry C. Walbaum against James Lockhart. No opinion. Order affirmed, with costs.

---

WALSH, Appellant, v. JOLINE et al., Respondents. (Supreme Court, Appellate Division, First Department. March 22, 1912.) Action by John Walsh, as administrator, against Adrian H. Joline and others, as receivers, etc. R. R. Reed, for appellant. B. H. Ames, for respondents.

PER CURIAM. Judgment and order affirmed, with costs, on the authority of Flynn v. Joline et al., 135 App. Div. 291, 119 N. Y. Supp. 785. Order filed.

LAUGHLIN, J., dissents.

---

WARD et al., Respondents, v. CHELSEA EXCHANGE BANK, Appellant. (Supreme Court, Appellate Division, First Department. March 29, 1912.) Action by Anna D. Ward and another against the Chelsea Exchange Bank. W. W. Shaw, for appellant. D. McCurdy, for respondents.

PER CURIAM. Order affirmed, with $10 costs and disbursements. Order filed.

SCOTT, J., dissents.

---

WARD, Respondent, v. INTERNATIONAL RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 6, 1912.) Action by Clara M. Ward against the International Railway Company.

PER CURIAM. Judgment and order reversed, and new trial granted, with costs to appellant to abide event, on the ground that the damages were excessive, in view of the charge of the court that no damages can be given in this case for permanent injuries.

McLENNAN, P. J., dissents.

---

WARREN, Appellant, v. SIEGEL COOPER CO., Respondent. (Supreme Court, Appellate Division, First Department. March 29, 1912.) Action by Joseph Warren against the Siegel Cooper Company. L. Hicks, for appellant. T. H. Lord, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

---

WATSON, Appellant, v. AMERICAN CREDIT INDEMNITY CO., Respondent. (Supreme Court, Appellate Division, First Department. April 4, 1912.) Action by James Watson, as trustee, against the American Credit Indemnity Company. G. E. Joseph, for appellant. W. J. Rosenstein, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.